ADVANTAGE LEGAL GROUP
Clayton Cook-Mowery #41110
12207 NE 8th Street
Bellevue WA 98005
T: (425) 452-9797; F: (425) 440-7690

THE HONORABLE TIMOTHY W DORE
Chapter 13
Hearing: March 21, 2012, 9:30 a.m.
Seattle, Washington
Response Date: March 14, 2012

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | |
|---|---|
| In re: | Case No. 11-20512-TWD |
| JULIAN FLORES, | NOTICE AND MOTION TO CONFIRM AMENDED CHAPTER 13 PLAN |
| Debtor | |

**PLEASE TAKE NOTICE** Debtor, by and through his attorney, Clayton Cook-Mowery, notes this hearing for Debtor's amended Chapter 13 plan FOR HEARING AS FOLLOWS:

JUDGE: Timothy W. Dore    Time: 9:30 a.m.

PLACE: 700 Stewart Street, Seattle WA 98101

DATE: March 21, 2012

You must file your written response with the court clerk no later than the response date, which is March 14, 2012.

If you do not want the court to approve Debtor's Motion to Confirm Amended Chapter 13 Plan, an objection to the confirmation of the plan, if any, must be served in writing and filed with the court within seven (7) calendar days prior to the above hearing date.  Service of an objection and all evidence supporting the objection shall be served on the Chapter 13 Trustee,

**Notice and Motion to Confirm Amended**
**Chapter 13 Plan - 1 of 3**

ADVANTAGE LEGAL GROUP
12207 NE 8th Street
Bellevue WA 98004

K. Michael Fitzgerald, and Clayton Cook-Mowery, attorney for Debtors, at the address stated in this notice.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

If no response is timely filed and served, the court may, in its discretion, confirm the Amended Chapter 13 Plan without further notice and may strike the hearing.

DATED, this 14th day of February, 2012.

/s/ Clayton Cook-Mowery
Clayton Cook-Mowery, WSBA #41110
Attorney for Debtor

**Notice and Motion to Confirm Amended Chapter 13 Plan - 2 of 3**

ADVANTAGE LEGAL GROUP
12207 NE 8th Street
Bellevue WA 98004

ADVANTAGE LEGAL GROUP  
Clayton Cook-Mowery #41110  
12207 NE 8th Street  
Bellevue WA 98005  
T: (425) 452-9797; F: (425) 440-7690

THE HONORABLE TIMOTHY W DORE  
Chapter 13  
Hearing: March 21, 2012, 9:30 a.m.  
Seattle, Washington  
Response Date: March 14, 2012

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In re: | ) | Case No. 11-20512-TWD |
|---|---|---|
| JULIAN FLORES, | ) | NOTICE AND MOTION TO CONFIRM |
|  | ) | AMENDED CHAPTER 13 PLAN |
| Debtor | ) | |

COMES NOW, Debtor Julian Flores, by and through his attorney Clayton Cook-Mowery, and moves for an order approving Debtor's Amended Chapter 13 Plan dated February 14, 2012.

DATED this 14th day of February, 2012.

/s/ Clayton Cook-Mowery  
Clayton Cook-Mowery, WSBA #41110  
Attorney for Debtor

**Notice and Motion to Confirm Amended Chapter 13 Plan - 3 of 3**

ADVANTAGE LEGAL GROUP  
12207 NE 8th Street  
Bellevue WA 98004