Judge: Timothy W. Dore  
Chapter: 13

# United States Bankruptcy Court
## Western District of Washington at Seattle

In RE:  Chapter 13 Case # 11-20512

Julian Flores  
28434 15Th Ave S  
Federal Way, Wa 98003-3159

Debtor(s)

### Chapter 13 Trustee's Report of Filed Claims
April 11, 2012

The office of the Chapter 13 Trustee reports that both the governmental and non-governmental bar dates have expired in the above-encaptioned case. The Trustee's staff has examined the schedules of debts filed in this case as well as the records of the Clerk of the United States Bankruptcy Court. Based upon that examination, the Trustee's office submits the following report of the names and addresses of the creditors who have timely filed a proof of claim in this case, together with the amount set forth on each such claim. Scheduled creditors who have failed to timely file a proof of claim are also listed.

K. Michael Fitzgerald  
Chapter 13 Trustee

Chapter 13 Case No. 11-20512

| Name and Address of Creditor | Amount | Classification |
|---|---|---|
| United States Trustee<br>700 Stewart St Ste 5103<br>Seattle, WA 98101<br>40 / 0022 | $0.00 | Added By Matrix<br><br>Comm:<br>Acct #<br>Pay: 0.00%   Int%: 0.00 |
| Alaska Usa Fcu<br>Po Box 196613<br>Anchorage, AK 99519<br>40 / 0001 | $0.00 | Added By Matrix<br><br>Comm:<br>Acct #<br>Pay: 0.00%   Int%: 0.00 |
| Aldridge Connors Llp<br>3575 Piedmont Rd Ne Bldg 15-500<br>Atlanta, GA 30305-1636<br>98 / 0031 | $0.00 | 2002 Notice<br><br>Comm: Saxon Mortgage Services<br>Acct # x6043<br>Pay: 0.00%   Int%: 0.00 |
| Allied Credit/Alliance One<br>Attn: Bankruptcy<br>Po Box 2449<br>Gig Harbor, WA 98335<br>40 / 0002 | $0.00 | Added By Matrix<br><br>Comm:<br>Acct #<br>Pay: 0.00%   Int%: 0.00 |

| Creditor | Amount | Classification |
|---|---|---|
| Ally Financial<br>Po Box 78367<br>Phoenix, AZ 85062<br>13 / 0003 | $15,294.49 | E - Secured By Vehicle<br>@ $100.00 Per Month<br>Comm: SD 1-12/08 Chev/APP per pln 100.0<br>Acct # 8597/amndd clm 1-5-12<br>Pay: 100.00%　　　Int%: 5.00 |
| Capital One, N.A.<br>Capital One Bank (Usa) N.A.<br>Po Box 30285<br>Salt Lake City, UT 84130<br>40 / 0005 | $0.00 | Added By Matrix<br><br>Comm:<br>Acct #<br>Pay: 0.00%　　　Int%: 0.00 |
| Ccs, Inc<br>Po Box 22630<br>Beachwood, OH 44122-0630<br>40 / 0004 | $0.00 | Added By Matrix<br><br>Comm:<br>Acct #<br>Pay: 0.00%　　　Int%: 0.00 |
| Chase<br>Po Box 1093<br>Northridge, CA 91328<br>98 / 0006 | $0.00 | Surrender Collateral<br><br>Comm: 1st mrtg/30414 1st Pl S<br>Acct # 1560696819390<br>Pay: 0.00%　　　Int%: 0.00 |
| Chase<br>Po Box 1093<br>Northridge, CA 91328<br>98 / 0028 | $0.00 | Surrender Collateral<br><br>Comm: 30414 1st Pl S/1st mrtg dlq<br>Acct # 1560696819390<br>Pay: 0.00%　　　Int%: 0.00 |
| City Ntl Bk<br>Attn: Bankruptcy<br>Po Box 785057<br>Orlando, FL 32878<br>98 / 0008 | $0.00 | Surrender Collateral<br><br>Comm: 30414 1st Pl S/LIEN TB AVOIDED<br>Acct # 7836141/Bank of Am/Advsry 11-022<br>Pay: 0.00%　　　Int%: 0.00 |
| Clayton W Cook-Mowery<br>Advantage Legal Group<br>11100 Ne 8Th St Ste 340<br>Bellevue, WA 98004<br>40 / 0025 | $0.00 | Added By Matrix<br><br>Comm:<br>Acct #<br>Pay: 0.00%　　　Int%: 0.00 |
| Clerk Of Bankruptcy Court<br>Finance Dept. Us Court House<br>700 Stewart St, 6Th Flr #6301<br>Seattle, WA 98101<br>200000　　1 / 0000 | $0.00 | Filing Fee<br><br>Comm:<br>Acct #<br>Pay: 100.00%　　　Int%: 0.00 |
| Ctbk/Gardner<br>Hsbc Retail Services/Attn:<br>Bankruptcy De<br>Po Box 5263<br>Carol Stream, IL 60197<br>40 / 0009 | $0.00 | Added By Matrix<br><br>Comm:<br>Acct #<br>Pay: 0.00%　　　Int%: 0.00 |

| Creditor | Amount | Classification |
|---|---|---|
| Dshs<br>Po Box 45130<br>Olympia,WA 98504<br><br>98 / 0010 | $0.00 | Paid Outside<br><br>Comm:<br>Acct # current<br>Pay: 0.00%  Int%:  0.00 |
| Dshs/Division Of Child Support<br>Po Box 11520<br>Tacoma,WA 98411<br><br>361015    98 / 0036 | $0.00 | Paid Outside<br><br>Comm: current support<br>Acct #<br>Pay: 0.00%  Int%:  0.00 |
| Dsnb Macys<br>9111 Duke Blvd<br>Mason,OH 45040<br><br>40 / 0011 | $0.00 | Added By Matrix<br><br>Comm:<br>Acct #<br>Pay: 0.00%  Int%:  0.00 |
| Dvra Billing<br>Po Box 2549<br>Carlsbad,CA 92018<br><br>40 / 0012 | $0.00 | Added By Matrix<br><br>Comm:<br>Acct #<br>Pay: 0.00%  Int%:  0.00 |
| Dvra Collect<br>1959 Palomar Oaks Way St<br>Carlsbad,CA 92011<br><br>40 / 0013 | $0.00 | Added By Matrix<br><br>Comm:<br>Acct #<br>Pay: 0.00%  Int%:  0.00 |
| Hsbc Bank<br>Attn: Bankruptcy<br>Po Box 5213<br>Carol Stream,IL 60197<br>40 / 0014 | $0.00 | Added By Matrix<br><br>Comm:<br>Acct #<br>Pay: 0.00%  Int%:  0.00 |
| Internal Revenue Service<br>Po Box 7317<br>Philadelphia,PA 19101<br><br>Pmts Go To    40 / 0030 | $366.67 | U - Unsecured<br><br>Comm: Penalty<br>Acct # x6647<br>Pay: 0.00%  Int%:  0.00 |
| Internal Revenue Service<br>Po Box 7346<br>Philadelphia,PA 19101<br><br>Corr Only    98 / 0029 | $0.00 | Y - Notice Only<br><br>Comm:<br>Acct #<br>Pay: 0.00%  Int%:  0.00 |
| Internal Revenue Service<br>Po Box 7317<br>Philadelphia,PA 19101<br><br>Pmts Go To    32 / 0015 | $5,115.71 | M - Irs<br><br>Comm: I09,10<br>Acct # x6647<br>Pay: 100.00%  Int%:  0.00 |

| Creditor | Amount | Details |
|---|---|---|
| Jp Morgan Chase Bank<br>Po Box 901032<br>Fort Worth,TX 76101<br><br>10 / 0007 | $2,120.97 | E - Secured By Vehicle<br>@ $350.00 Per Month<br>Comm: SD 2-12/02 Ford F150/APP per Pln<br>Acct # 5004<br>Pay: 100.00%     Int%:   5.00 |
| K Michael Fitzgerald<br>600 University St #2200<br>Seattle,WA 98101<br><br>40 / 0026 | $0.00 | Added By Matrix<br><br>Comm:<br>Acct #<br>Pay: 0.00%     Int%:   0.00 |
| Labcorp<br>Po Box 2240<br>Burlington,NC 27216-2240<br><br>40 / 0016 | $0.00 | Added By Matrix<br><br>Comm:<br>Acct #<br>Pay: 0.00%     Int%:   0.00 |
| Mccarthy & Holthus Llp<br>19735 10Th Ave Ne #N-200<br>Poulsbo,WA 98370<br>226593       98 / 0032 | $0.00 | 2002 Notice<br><br>Comm: Wells Fargo Bank<br>Acct #<br>Pay: 0.00%     Int%:   0.00 |
| Nco Fin/55<br>Po Box 13570<br>Philadelphia,PA 19101<br><br>40 / 0017 | $0.00 | Added By Matrix<br><br>Comm:<br>Acct #<br>Pay: 0.00%     Int%:   0.00 |
| Nordstrom Fsb<br>Recovery/ Bankruptcy Department<br>Po Box 6566<br>Englewood,CO 80155<br>40 / 0018 | $0.00 | Added By Matrix<br><br>Comm:<br>Acct #<br>Pay: 0.00%     Int%:   0.00 |
| Ocwen Loan Servicing<br>Po Box 6440<br>Carol Stream,IL 60197-6440<br><br>98 / 0020 | $0.00 | Surrender Collateral<br><br>Comm: 1410 S 282nd Pl/ surrender or short<br>Acct # 6043/1st Mtg (prevsly Saxon)<br>Pay: 100.00%     Int%:   0.00 |
| Ocwen Loan Servicing<br>Po Box 6440<br>Carol Stream,IL 60197-6440<br><br>98 / 0021 | $0.00 | Surrender Collateral<br><br>Comm: 1410 S 282nd PL/surrender or short<br>Acct # 2000236043/2nd Mtg/(prevsly Saxon<br>Pay: 0.00%     Int%:   0.00 |
| Pite Duncan Llp<br>4375 Jutland Dr #200<br>San Diego,CA 92117<br>162553       98 / 0033 | $0.00 | 2002 Notice<br><br>Comm: Wachovia/Wells Fargo<br>Acct #<br>Pay: 0.00%     Int%:   0.00 |

| Creditor | Amount | Type / Comments |
|---|---|---|
| Robinson Tait Ps<br>710 2Nd Ave #710<br>Seattle,WA 98104<br><br>245520   98 / 0034 | $0.00 | 2002 Notice<br><br>Comm: HSBC Bank/ACE Securities/Home E<br>Acct #<br>Pay: 0.00%   Int%:  0.00 |
| Sara Valdovinos<br>30845 10Th Ave Sw<br>Federal Way,WA 98023<br><br>40 / 0019 | $0.00 | Added By Matrix<br><br>Comm:<br>Acct #<br>Pay: 0.00%   Int%:  0.00 |
| Us Bank<br>Po Box 5229<br>Cincinnati,OH 45201<br><br>033891   40 / 0023 | $9,607.22 | U - Unsecured<br><br>Comm:<br>Acct # x7752<br>Pay: 0.00%   Int%:  0.00 |
| Wells Fargo Na<br>4101 Wiseman Blvd T7416-023<br>San Antonio,TX 78251<br><br>14 / 0035 | $3,824.01 | ) - Post Petition Mortgage Delq<br><br>Comm: 9-11~11-11 (3 post pet pmts) see no<br>Acct # x6863/DTR PD 12-11 outside<br>Pay: 100.00%   Int%:  0.00 |
| Wells Fargo Na<br>4101 Wiseman Blvd T7416-023<br>San Antonio,TX 78251<br><br>10 / 0024 | $0.00 | Continuing Debt<br>@ $1,274.67 Per Month<br>Comm: SD 1-12/ARM/30845 10th Ave SW<br>Acct # x6863/DOT 7-5-06<br>Pay: 100.00%   Int%:  0.00 |
| Wells Fargo Na<br>4101 Wiseman Blvd T7416-023<br>San Antonio,TX 78251<br><br>17 / 0027 | $4,631.77 | D - 1St Mortgage Delinquency<br>@ $77.20 Per Month<br>Comm: ~8-11/30845 10th Ave SW<br>Acct # x6863<br>Pay: 100.00%   Int%:  0.00 |

**Total Claimed Amount:   $40,960.84**

To Debtor:

Shown above is a report of your creditors' names and addresses, and the amounts of their claims. The above figures do not reflect any payments and may not be the current balances. They are the ORIGINAL amounts shown on the proofs of claim filed by your creditors. This list is not an audit and does not include the Trustee's administrative charges, although it does include your attorney's fees, if any, paid through the plan.

Please check this report carefully. If you dispute any amounts claimed by your creditors you must contact your attorney. A copy of this report has been forwarded to your attorney.

Objections to claims in chapter 13 cases must be filed and served no later than 270 days from the petition date, unless good cause is shown. Local Bankruptcy Rule 3007-1(b). Objections to claims shall be filed and served at least 30 days preceding the date fixed for hearing. Local Bankruptcy Rule 9013-1(d)(2)(C). See also Federal Rule of Bankruptcy Procedure 3007.

The Trustee distributes funds pursuant to the plan. Therefore, disputed claims and untimely claims may receive disbursements until a written objection is filed. Whether a claim is filed timely or late, it is allowed unless a party in interest objects. 11 U.S.C. § 502(a); In re Smith, No. 09-43823, 2010 WL 5018379, at * 2 - 3 (Bankr. W.D. Wa. Dec. 3, 2010). In addition, in the absence of an objection, even an untimely proof of claim is entitled to payment through the plan in the same manner as other claims of its class. Smith, 2010 WL 5018379, at *3.

You must contact your attorney immediately if you have questions or concerns.

The claim numbers assigned by this office are not the official claim numbers. Please refer to the claim numbers displayed on CM/ECF when filing documents in this case and do not refer to the claim number displayed by this office.

April 11, 2012

CC:  Advantage Legal Group
     12207 Ne 8Th St
     Bellevue,WA 98005-3113

K. Michael Fitzgerald, Trustee
Chapter 13 Bankruptcy Trustee
600 University St. #2200
Seattle,WA 98101
www.seattlech13.com
Phone: (206) 624-5124
Fax:(206) 624-5282