# UNITED STATES BANKRUPTCY COURT
Western District of Washington (Seattle)

In re  Julian Flores                                   Case No. 11-20512
         Debtor                                         Chapter 13

## Notice of Mortgage Payment Change

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Wells Fargo Bank, N.A.                **Court claim no.** (if known): 3

**Last four digits** of any number you use to identify the debtor's account: 6863

**Date of payment change:** 12/15/2014
Must be at least 21 days after date of this notice

**New total payment:** $1,800.07
Principal, Interest, and escrow, if any

**Uniform Claim Identifier:**

### Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**
☐ No
☑ Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.
         Describe the basis for the change. If a statement is not attached, explain why:

Current escrow payment: $371.68          New escrow payment: $334.59

### Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**
☑ No
☐ Yes.  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.
         If a notice is not attached, explain why:

Current interest rate: _____          New interest rate: _____
Current principal and interest payment: _____   New principal and interest payment: _____

### Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**
☑ No
☐ Yes.  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)
Reason for change: _____

Current mortgage payment: _____          New mortgage payment: _____

The CM/ECF system imposes certain constraints, including limits on the number of characters that may be entered into certain fields, when filing a proof of claim. As a result of these constraints and limitations, the creditor name that appears on the bankruptcy court's claims register (and any supplemental proof of claim) may differ from the creditor name that appears on the actual proof of claim form.

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box:

☑ I am the creditor.   ☐ I am the creditor's authorized agent.
(Attach a copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/ Xavier Brooks                        Date  11/08/2014
   VP

Print:  Xavier Brooks                       Title  VP

Company   Wells Fargo Mortgage              Specific Contact Information:
Address   A/K/A Wachovia Mortgage           P: 210-624-5767
          4101 Wiseman Blvd                 E: NoticeOfPaymentChangeInquiries@wellsfargo.com
          San Antonio, TX 78251

591293-8f70d5fa-ea3d-4a76-bddd-6390ab4d0cec

# UNITED STATES BANKRUPTCY COURT

Western District of Washington (Seattle)

Chapter 13 No. 11-20512

In re:

Judge: Timothy W Dore

Julian Flores

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on November 08, 2014, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre paid, or via filing with the US Bankruptcy Court's CM ECF system.

| | |
|---|---|
| Debtor: | Julian Flores<br>30845 10th Ave SW<br>Federal Way, WA 98023 |
| Debtor's Attorney: | Jonathan S Smith<br>Advantage Legal Group<br>12207 NE 8th St |
| Trustee: | K Michael Fitzgerald<br>600 University St ;2200<br>Seattle, WA 98101 |

/s/ Bill Taylor

Authorized Agent

# ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

ANALYSIS DATE: 08/25/2014

JULIAN FLORES  301
30845 10TH AVE SW
FEDERAL WAY WA 98023-4501

LOAN NUMBER: ███████

PROPERTY ADDRESS:
30845 10TH AVE SW
FEDERAL WAY WA 98023

**YOUR HOME LOAN PAYMENT MAY BE CHANGING - THIS STATEMENT WILL HELP YOU UNDERSTAND WHY**

This annual disclosure statement is required by Federal law and provides a detailed summary of activity related to your escrow account. At your request, we maintain an escrow account that is used to pay items such as your property taxes, insurance premiums, and/or mortgage insurance. If you have questions about this statment, please refer to the enclosed guide.

## 1 YOUR HOME LOAN PAYMENT

This section provides a breakdown of both your current and new payments, including the minimum payment, total escrow payment, and repayment of any shortage that may exist (or credit for an overage of less than $50). **Please refer to Section 3 for an explanation of how your new escrow payment amount was calculated. If your loan is an adjustable rate mortgage, an additional payment change may occur on the anniversary of your loan. Refer to your billing statement for additional payment options.**

|  | NEW MONTHLY HOME LOAN PAYMENT | CURRENT MONTHLY HOME LOAN PAYMENT |
|---|---|---|
| Minimum Payment | $1,465.48 | $1,473.04 |
| **Escrow Payment** | $334.59 | $371.68 |
| Shortage Payment or Overage Credit | $.00 | $1,040.80 |
| Credit Life and/or Disability Payment | $.00 | $.00 |
| Other | $.00 | $.00 |
| **TOTAL MONTHLY PAYMENT** | $1,800.07 | $2,885.52 |
| **NEW PAYMENT EFFECTIVE DATE** | 12/15/14 | |

## 2 ESCROW OVERAGE

If the overage amount is greater than $50, a refund check is attached below, provided your loan is current. Here are several options you may wish to consider:

- Your loan has $23,060.77 in deferred interest. You may use the escrow overage to reduce your deferred interest. This interest payment may be tax deductible (please consult your tax advisor).
- You may use the escrow overage to reduce your principal balance.
- You may deposit the funds to your escrow account if you anticipate higher tax or insurance amounts for the coming year.

If the overage amount is $50 or less, we have reduced your new monthly loan payment accordingly, provided your loan is current.

## 3 ANTICIPATED ESCROW ACCOUNT DISBURSEMENT AND NEW ESCROW PAYMENT AMOUNTS FOR THE NEXT 12 MONTHS

This section shows the property tax amount and/or insurance premiums we anticipate we will collect for and pay on your behalf during the next 12 months. The dollar amount shown may reflect the last amount actually paid for each item or we may project the next amount due as allowed by Federal law (See Section 5 for an explanation of escrow projection). Insurance and tax payments are disbursed before their due date to allow for mailing and processing time at the tax office or insurance company.

| ESCROW ITEM | YEARLY DISBURSEMENT AMOUNT | NEW MONTHLY ESCROW PAYMENT AMOUNT |
|---|---|---|
| *Mortgage Insurance* | $0.00 | $0.00 |
| *Taxes* | $2,591.04 | $215.92 |
| *Insurance* | $1,424.00 | $118.67 |
| **TOTAL PAYMENTS FROM ESCROW** | $4,015.04 | $334.59 |

Your new monthly escrow payment amount is calculated by dividing the yearly disbursement amount over 12 payments.

---

A check may not have been generated because of one or more of the following conditions:

- The overage amount is $50 or less
- The projected overage overdraws the escrow account
- The loan is past due
- The loan is in bankruptcy
- The loan is pending payoff
- No overage or shortage exists
- The overage is equal to $10,000 or greater (check sent under separate cover)
- Other

## 4 IMPORTANT INFORMATION

Should you have any questions or need additional information, please contact our Customer Service Center at 800-642-0257, extension 33676. A representative is available to assist you Monday through Friday, 8:00 a.m. to 8:00 p.m., and Saturday, 8:00 a.m. to 5:00 p.m., Central Time.

This statement is for informational purposes only. Please be advised that Wells Fargo Home Mortgage may be attempting to collect a debt. If you are currently in bankruptcy or your debt has been discharged in bankruptcy, Wells Fargo Home Mortgage is exercising its right against the property and is not attempting to hold you personally liable on the Note.

## 5 YOUR ESCROW ACCOUNT PROJECTION FOR THE NEXT 12 MONTHS

This section lists a 12 month running escrow balance to determine the appropriate target balance and to determine if a shortage or overage exists. All anticipated payments into escrow and disbursements from escrow are included along with the projected escrow account balance, derived by carrying forward your current actual escrow balance. **Please refer to Section 3 for an explanation of how your new escrow payment amount was calculated.**

| | PAYMENTS INTO ESCROW | | DISBURSEMENTS FROM ESCROW | | | | ESCROW ACCOUNT BALANCE | |
|---|---|---|---|---|---|---|---|---|
| MONTH/ YEAR | PROJECTED | MORTGAGE INS | PROPERTY TAXES | FLOOD INS | HAZARD INS | OTHER INS | PROJECTED | REQUIRED |
| | | | | | | | $12256.94 | $0.04- |
| 12/14 | $334.59 | | | | | | $12591.53 | $334.55 |
| 01/15 | $334.59 | | | | | | $12926.12 | $669.14 |
| 02/15 | $334.59 | | | | | | $13260.71 | $1003.73 |
| 03/15 | $334.59 | | | | | | $13595.30 | $1338.32 |
| 04/15 | $334.59 | | $1295.52 | | | | $12634.37 | $377.39 |
| 05/15 | $334.59 | | | | | | $12968.96 | $711.98 |
| 06/15 | $334.59 | | | | | | $13303.55 | $1046.57 |
| 07/15 | $334.59 | | | | | | $13638.14 | $1381.16 |
| 08/15 | $334.59 | | | | | | $13972.73 | $1715.75 |
| 09/15 | $334.59 | | | | | | $14307.32 | $2050.34 |
| 10/15 | $334.59 | | $1295.52 | | | | $13346.39 | $1089.41 |
| 11/15 | $334.59 | | | | $1424.00 | | $12256.98 | $0.00 |
| TOTAL | $4015.08 | | $2591.04 | | $1424.00 | | | |

Wells Fargo Home Mortgage does not collect or require a cushion in your escrow account. We require that your escrow balance be $.00 at the end of November 2015. We project your escrow account balance will be $12,256.98 at that time. This means you have an overage of $12,256.98. The overage must be returned to you unless it is $50.00 or less. Please keep this statement for comparison with the actual activity in your account at the end of the next escrow accounting computation year.

## 6 YOUR ESCROW ACCOUNT HISTORY FOR THE PAST 12 MONTHS

The following is a statement of actual activity in your escrow account from 07/13 through 11/14. The information below provides a summary of what we projected would occur compared to what actually occurred in your escrow account.

| | PAYMENTS INTO ESCROW | | DISBURSEMENTS FROM ESCROW | | | ESCROW ACCOUNT BALANCE | |
|---|---|---|---|---|---|---|---|
| MONTH/ YEAR | PROJECTED | ACTUAL | PROJECTED | ACTUAL | DESCRIPTION | PROJECTED | ACTUAL |
| | | | | | | $1339.69 | $11149.85- |
| 07/13 | $371.68 | * | | | | $1711.37 | $11149.85- |
| 08/13 | $371.68 | $1412.48 * | | | | $2083.05 | $9737.37- |
| 09/13 | $371.68 | $7062.32 * | | | | $2454.73 | $2675.05- |
| 10/13 | $371.68 | * | $1262.09 | $1262.09 | COUNTY TAXES | $1564.32 | $3937.14- |
| 11/13 | $371.68 | $1412.48 * | $1936.00 | $1424.00 * | HAZARD INS | $0.00 | $3948.66- |
| 12/13 | $371.68 | * | | | | $371.68 | $3948.66- |
| 01/14 | $371.68 | $2824.96 * | | | | $743.36 | $1123.70- |
| 02/14 | $371.68 | * | | | | $1115.04 | $1123.70- |
| 03/14 | $371.68 | * | | | | $1486.72 | $1123.70- |
| 04/14 | $371.68 | $1412.48 * | $1262.09 | $1295.52 * | COUNTY TAXES | $596.31 | $1006.74- |
| 05/14 | $371.68 | $1412.48 * | | | | $967.99 | $405.74 |
| 06/14 | $371.68 | * | | | | $1339.67 | $405.74 |
| 08/14 | | $13455.68 * | | | | $1339.67 | $13861.42 |
| 09/14 | | $371.68 * | | | | $1339.67 | $14233.10 |
| 10/14 | | $371.68 * | | $1295.52 *E | COUNTY TAXES | $1339.67 | $13309.26 |
| 11/14 | | $371.68 * | | $1424.00 *E | HAZARD INS | $1339.67 | $12256.94 |
| TOTAL | $4460.16 | $30107.92 | $4460.18 | $6701.13 | | | |

\* - An asterisk (*) shows a difference between what actually occurred and what was anticipated. A difference can be due to an increase or decrease in the amount of an escrow bill or due to the disbursement of funds on a date other than originally anticipated.

**E**- The letter "E" beside an amount indicates the payment or disbursement has not yet occurred but is estimated to occur as shown.

**During this period, an additional $0.00 was deposited into your escrow account for interest on escrow.**