# UNITED STATES BANKRUPTCY COURT
Western District of Washington (Seattle)

In re   Julian Flores                                       Case No.  11-20512
        Debtor                                              Chapter 13

## Notice of Mortgage Payment Change

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Wells Fargo Bank, N.A.                     **Court claim no.** (if known): 3

**Last four digits** of any number you use to identify the debtor's account: 6863

**Date of payment change:** 09/15/2015
Must be at least 21 days after date of this notice

**New total payment:** $1,664.86
Principal, Interest, and escrow, if any

**Uniform Claim Identifier:**

### Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**
☐ No
☑ Yes.   Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.
         Describe the basis for the change. If a statement is not attached, explain why:

Current escrow payment:  $334.59          New escrow payment:  $228.26

### Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**
☑ No
☐ Yes.   Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.
         If a notice is not attached, explain why:

Current interest rate:  _____                New interest rate:  _____
Current principal and interest payment: _____   New principal and interest payment: _____

### Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**
☑ No
☐ Yes.   Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)
Reason for change: _____

Current mortgage payment: _____              New mortgage payment: _____

The CM/ECF system imposes certain constraints, including limits on the number of characters that may be entered into certain fields, when filing a proof of claim. As a result of these constraints and limitations, the creditor name that appears on the bankruptcy court's claims register (and any supplemental proof of claim) may differ from the creditor name that appears on the actual proof of claim form.

# Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box:

☒ I am the creditor.   ☐ I am the creditor's authorized agent.
(Attach a copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/ Tunisia Cooper
VP Loan Documentation

Date 07/08/2015

Print: Tunisia Cooper

Title VP Loan Documentation

Company Wells Fargo Bank, NA
Address A/K/A Wachovia Mortgage
4101 Wiseman Blvd
San Antonio, TX 78251

Specific Contact Information:
P: 210-624-5767
E: NoticeOfPaymentChangeInquiries@wellsfargo.com

752945-36aae3c0-bf71-4968-8fa0-d8fd12dccfb7

# UNITED STATES BANKRUPTCY COURT

Western District of Washington (Seattle)

Chapter 13 No. 11-20512

In re:  Judge: Timothy W Dore

Julian Flores

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on July 08, 2015, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage prepaid, or via filing with the US Bankruptcy Court's CM ECF system.

By U.S. Postal Service First Class Mail Postage Prepaid:

Debtor: Julian Flores
30845 10th Ave SW
Federal Way, WA 98023

Debtor's Attorney: Jonathan S Smith
Advantage Legal Group
12207 NE 8th St
Bellevue, WA 98005

Trustee: K Michael Fitzgerald
600 University St ;2200
Seattle, WA 98101

/s/ Bill Taylor

Authorized Agent

# ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

ANALYSIS DATE:
06/14/2015

JULIAN FLORES  47
30845 10TH AVE SW
FEDERAL WAY WA 98023-4501

LOAN NUMBER:

PROPERTY ADDRESS:

30845 10TH AVE SW
FEDERAL WAY WA 98023

**YOUR HOME LOAN PAYMENT MAY BE CHANGING - THIS STATEMENT WILL HELP YOU UNDERSTAND WHY**

This annual disclosure statement is required by Federal law and provides a detailed summary of activity related to your escrow account. At your request, we maintain an escrow account that is used to pay items such as your property taxes, insurance premiums, and/or mortgage insurance. If you have questions about this statment, please refer to the enclosed guide.

## 1 YOUR HOME LOAN PAYMENT

This section provides a breakdown of both your current and new payments, including the minimum payment, total escrow payment, and repayment of any shortage that may exist (or credit for an overage of less than $50). **Please refer to Section 3 for an explanation of how your new escrow payment amount was calculated. If your loan is an adjustable rate mortgage, an additional payment change may occur on the anniversary of your loan.** Refer to your billing statement for additional payment options.

|  | NEW MONTHLY HOME LOAN PAYMENT | CURRENT MONTHLY HOME LOAN PAYMENT |
|---|---|---|
| Minimum Payment | $1,436.60 | $1,473.04 |
| **Escrow Payment** | $228.26 | $371.68 |
| Shortage Payment or Overage Credit | $.00 | $1,040.80 |
| Optional Product(s) Payment | $.00 | $.00 |
| Other | $.00 | $.00 |
| **TOTAL MONTHLY PAYMENT** | $1,664.86 | $2,885.52 |
| **NEW PAYMENT EFFECTIVE DATE** | 09/15/15 | |

## 2 ESCROW OVERAGE

If the overage amount is greater than $50, a refund check is attached below, provided your loan is current. Here are several options you may wish to consider:

- Your loan has $20,828.43 in deferred interest. You may use the escrow overage to reduce your deferred interest. This interest payment may be tax deductible (please consult your tax advisor).
- You may use the escrow overage to reduce your principal balance.
- You may deposit the funds to your escrow account if you anticipate higher tax or insurance amounts for the coming year.

If the overage amount is $50 or less, we have reduced your new monthly loan payment accordingly, provided your loan is current.

## 3 ANTICIPATED ESCROW ACCOUNT DISBURSEMENT AND NEW ESCROW PAYMENT AMOUNTS FOR THE NEXT 12 MONTHS

This section shows the property tax amount and/or insurance premiums we anticipate we will collect for and pay on your behalf during the next 12 months. The dollar amount shown may reflect the last amount actually paid for each item or we may project the next amount due as allowed by Federal law (See Section 5 for an explanation of escrow projection). Insurance and tax payments are disbursed before their due date to allow for mailing and processing time at the tax office or insurance company.

| ESCROW ITEM | YEARLY DISBURSEMENT AMOUNT | NEW MONTHLY ESCROW PAYMENT AMOUNT |
|---|---|---|
| *Mortgage Insurance* | $0.00 | $0.00 |
| *Taxes* | $2,739.06 | $228.26 |
| *Insurance* | $0.00 | $0.00 |
| **TOTAL PAYMENTS FROM ESCROW** | $2,739.06 | $228.26 |

Your new monthly escrow payment amount is calculated by dividing the yearly disbursement amount over 12 payments.

A check may not have been generated because of one or more of the following conditions:

- The overage amount is $50 or less
- The projected overage overdraws the escrow account
- The loan is past due
- The loan is in bankruptcy
- The loan is pending payoff
- No overage or shortage exists
- The overage is equal to $10,000 or greater (check sent under separate cover)
- Other