| | |
|---|---|
| Fill in this information to identify the case: | |
| Debtor 1 | Julian Flores |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: Western District of Washington (Seattle) | |
| Case number | 11-20512 |

**Official Form 410S1**

# Notice of Mortgage Payment Change

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of Creditor:** Wells Fargo Bank, N.A.  
**Court claim no.** (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account: 0083

**Date of payment change:** Must be at least 21 days after date of this notice — 02/15/2016

**New total payment:** Principal, interest, and escrow, if any — $1,664.85

**Uniform Claim Identifier:**

## Part 1: Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

☐ No

☑ Yes — Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.

Describe the basis for the change. If a statement is not attached, explain why:

Current escrow payment: $228.26    New escrow payment: $228.25

## Part 2: Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

☑ No

☐ Yes — Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.

If a notice is not attached, explain why:

Current interest rate:    New interest rate:  
Current principal and interest payment:    New principal and interest payment:

## Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No

☐ Yes — Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change:

Current mortgage payment:    New mortgage payment:

| | | | |
|---|---|---|---|
| Debtor 1 | Julian Flores | Case number (if known) | 11-20512 |

The CM/ECF system imposes certain constraints, including limits on the number of characters that may be entered into certain fields, when filing a proof of claim. As a result of these constraints and limitations, the creditor name that appears on the bankruptcy court's claims register (and any supplemental proof of claim) may differ from the creditor name that appears on the actual proof of claim form.

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box:

☑ I am the creditor.

☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/ Bruce Brown
VP Loan Documentation

Date 12/11/2015

Print: Bruce Brown

Title: VP Loan Documentation

Company
Address

Wells Fargo Bank, N.A./Wells Fargo Home Mortgage
MAC X7801-014
3476 Stateview Blvd.
Fort Mill, SC 29715

Specific Contact Information:
P: 800-274-7025
E: NoticeOfPaymentChangeInquiries@wellsfargo.com

# UNITED STATES BANKRUPTCY COURT
Western District of Washington (Seattle)

Chapter 13 No. 11-20512
Judge: Timothy W Dore

In re:

Julian Flores

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2015, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage prepaid, or via filing with the US Bankruptcy Court's CM ECF system.

By U.S. Postal Service First Class Mail Postage Prepaid:

| | |
|---|---|
| Debtor: | Julian Flores<br>30845 10th Ave SW<br>Federal Way, WA 98023 |
| Debtor's Attorney: | Jonathan S Smith<br>Advantage Legal Group<br>12207 NE 8th St<br>Bellevue, WA 98005 |
| Trustee: | K Michael Fitzgerald<br>600 University St ;2200<br>Seattle, WA 98101 |

/s/ Bill Taylor

Authorized Agent

**WELLS FARGO HOME MORTGAGE**

Wells Fargo Home Mortgage
PO Box 14547
Des Moines, IA 50306-4547

**For informational purposes**

Escrow account disclosure statement
and notice of new mortgage payment

| | |
|---|---|
| Loan number: | |
| Next payment due date: | November 15, 2014 |
| New payment effective date: | February 15, 2016 |
| New payment amount: | $1,664.85 |
| Overage amount: | **$12,953.72** |
| Principal balance: | $253,053.19 |
| Interest rate: | 4.040% |
| Statement date: | December 07, 2015 |
| Account review period: | **Sep 2015 - Jan 2016** |
| Customer service: | 1-800-340-0473 |
| Customer service hours: | Mon - Fri 7 a.m. - 8 p.m CT. |

We accept telecommunications relay service calls.

Property address:
30845 10TH AVE SW
FEDERAL WAY WA 98023-4501

JULIAN FLORES
30845 10TH AVE SW
FEDERAL WAY WA 98023-4501

Dear JULIAN FLORES:

Each year, we review your escrow account to make sure the escrow portion of your scheduled mortgage payment covers your property taxes and/or insurance premiums. Increases or decreases in your annual taxes and/or insurance premiums may cause your mortgage payment amount to change. Here are the details of your most recent escrow account review.

Note: This notice is for informational purposes only and is being provided as a courtesy should you voluntarily decide to make any escrow shortage payment, if applicable. This notice should not be construed as an attempt to collect a debt or a demand for payment contrary to any protection you may have received pursuant to your bankruptcy case.

### New escrow and mortgage payment amount

| New payment effective date<br>February 15, 2016[1] | Current<br>payment ($) | New<br>payment ($) |
|---|---|---|
| Principal and/or interest | 1,465.48 | 1,436.60 |
| Escrow payment | 371.68 | 228.25 |
| Escrow shortage/prepayment[2] | 0.00 | 0.00 |
| **Total payment amount** | **1,837.16** | **1,664.85** |

1. If you use one of our automatic payment options, we will adjust your electronic withdrawal(s) to ensure your February 15, 2016 payment is made in full.

2. If your current payment includes an amount to cover a previous escrow shortage, this amount will be added. If your current payment includes an adjustment for extra funds you deposited to your escrow account, this amount will be deducted.

The escrow disclosure indicates an overage of $12,953.72. If your loan is current or is brought current within 30 days of this statement date, a check may be sent in a separate envelope or your next payment amount reduced by the overage amount.

**A guide to your escrow questions and answers is available at: wellsfargo.com/escrowquestions**

*** This section intentionally left blank ***

Page 2 of 3

For informational purposes     Loan number: 

The following information covers your projected escrow account activity from Feb 2016 to Jan 2017

### Projected escrow account disbursements
**Annualized items to be paid from your escrow account ($):**

| | |
|---|---|
| COUNTY TAX | 2,739.04 |
| Total disbursements | 2,739.04 |
| **Scheduled escrow payment** | 228.25[1] |

*1. Your escrow payment is calculated by dividing the total disbursements by 12.*

### Projected escrow account activity for the next 12 months

| | Anticipated payments ($) | | | Escrow balance ($) | |
|---|---|---|---|---|---|
| Date | To escrow | From escrow | Description | Projected | Required |
| Feb 2016 | | | Starting balance | 13,638.51 | 684.79 |
| Feb 2016 | 228.25 | 0.00 | | 13,866.76 | 913.04 |
| Mar 2016 | 228.25 | 0.00 | | 14,095.01 | 1,141.29 |
| Apr 2016 | 228.25 | 1,369.52 | KING COUNTY | 12,953.74 | 0.02 |
| May 2016 | 228.25 | 0.00 | | 13,181.99 | 228.27 |
| Jun 2016 | 228.25 | 0.00 | | 13,410.24 | 456.52 |
| Jul 2016 | 228.25 | 0.00 | | 13,638.49 | 684.77 |
| Aug 2016 | 228.25 | 0.00 | | 13,866.74 | 913.02 |
| Sep 2016 | 228.25 | 0.00 | | 14,094.99 | 1,141.27 |
| Oct 2016 | 228.25 | 1,369.52 | KING COUNTY | 12,953.72[2] | 0.00[3] |
| Nov 2016 | 228.25 | 0.00 | | 13,181.97 | 228.25 |
| Dec 2016 | 228.25 | 0.00 | | 13,410.22 | 456.50 |
| Jan 2017 | 228.25 | 0.00 | | 13,638.47 | 684.75 |
| **Total** | **2,739.00** | **2,739.04** | | | |

These calculations indicate the projected escrow balance will be more than the required escrow balance.

The projected escrow account activity is based on the most recent tax and/or insurance information available as well as the assumption that your payments will be received as agreed.

*2. **Projected low point**. The point during the annual period at which the projected escrow balance will reach its lowest point.*

*3. **Required escrow balance**. To cover unanticipated disbursements, including increases to tax or insurance payments, there is a minimum escrow balance allowable by state law and/or your mortgage contract. This amount does not include mortgage insurance.*

- Your minimum escrow balance is **$0.00**
- State law requires that this minimum escrow balance not exceed **$0.00**
- <u>Note</u>: If you have an adjustable rate mortgage (ARM), you will receive a notice about your new mortgage payment when your ARM rate is scheduled to change.

### Information about your escrow account overage

| | |
|---|---|
| Your lowest projected escrow account balance (low point) ($) | 12,953.72 |
| Less your required minimum escrow account balance ($) | 0.00 |
| **This means your escrow account has an overage of ($)** | **12,953.72** |

**For informational purposes** Loan number: [redacted]

**The following information covers your escrow account history activity from Sep 2015 to Jan 2016**

| | Payments to escrow ($) | | Payments from escrow ($) | | | Escrow balance ($) | |
|---|---|---|---|---|---|---|---|
| **Date** | **Projected** | **Actual** | **Projected** | **Actual** | **Description** | **Projected** | **Actual** |
| Sep 2015 | | | | | Starting balance | 913.01 | 3,347.10 |
| Sep 2015 | 228.26 | 6,393.28[1] | 0.00 | 0.00 | | 1,141.27 | 9,740.38 |
| Oct 2015 | 228.26 | 371.68[1] | 1,369.53 | 1,369.52[1] | KING COUNTY | 0.00 | 8,742.54 |
| Nov 2015 | 228.26 | 371.68[1] | 0.00 | 0.00 | | 228.26 | 9,114.22 |
| *Dec 2015 est.* | *228.26* | *4,296.03[1]* | *0.00* | *0.00* | | *456.52* | *13,410.25* |
| *Jan 2016 est.* | *228.26* | *228.26* | *0.00* | *0.00* | | *684.78* | *13,638.51* |
| **Totals** | **1,141.30** | **11,660.93** | **1,369.53** | **1,369.52** | | | |

*1. Indicates where a difference exists between the projected and actual account activity.*

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A.
© 2012 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801

EQUAL HOUSING LENDER

**Manage your mortgage payments easily with the Preferred Payment Plan℠**

- Schedule weekly, biweekly, semi-monthly or monthly payments
- Save time and money with free, secure withdrawals
- No due dates to remember or checks to write

It's free, secure and convenient. To enroll, call 1-866-386-8519.

**A guide to your escrow questions and answers is available at: wellsfargo.com/escrowquestions**