| | |
|---|---|
| Debtor 1 | Julian Flores |
| Debtor 2 (Spouse, if filing) | |

United States Bankruptcy Court for the: Western District of Washington (Seattle)

Case number    11-20512

**Official Form 410S1**

# Notice of Mortgage Payment Change

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount.  File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of Creditor:**  Wells Fargo Bank, N.A.

**Court claim no.** (if known):    3

**Last 4 digits** of any number you use to identify the debtor's account:    0083

**Date of payment change:**
Must be at least 21 days after date of this notice    08/15/2016

**Uniform Claim Identifier:**

**New total payment:**
Principal, interest, and escrow, if any    $1,957.89

---

## Part 1:  Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

☐ No

☑ Yes    Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.

Describe the basis for the change. If a statement is not attached, explain why:

_____

Current escrow payment:    $228.25        New escrow payment:    $562.37

## Part 2:  Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

☑ No

☐ Yes    Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.

If a notice is not attached, explain why:

_____

Current interest rate: _____        New interest rate: _____

Current principal and interest payment: _____        New principal and interest payment: _____

## Part 3:  Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No

☐ Yes    Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change: _____

Current mortgage payment: _____        New mortgage payment: _____

Case 11-20512-TWD    Doc 74    Filed 06/29/16    Ent. 06/29/16 10:13:46    Pg. 1 of 6
961840-08430920-0154-4c11-ad92-e3e1d270b4f1-

The CM/ECF system imposes certain constraints, including limits on the number of characters that may be entered into certain fields, when filing a proof of claim. As a result of these constraints and limitations, the creditor name that appears on the bankruptcy court's claims register (and any supplemental proof of claim) may differ from the creditor name that appears on the actual proof of claim form.

## Part 4:  Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box:

☑   I am the creditor.

☐   I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✘   /s/ William P Mccooe Jr                                                    Date   06/29/2016
     VP Loan Documentation

Print: William P Mccooe Jr                                                      Title   VP Loan Documentation

Company   Wells Fargo Bank, N.A./Wells Fargo Home Mortgage        Specific Contact Information:
Address   MAC X7801-014                                                          P: 800-274-7025
          3476 Stateview Blvd.                                                    E: NoticeOfPaymentChangeInquiries@wellsfargo.com
          Fort Mill, SC 29715

Case 11-20512-TWD     Doc 74     Filed 06/29/16     Ent. 06/29/16 10:13:46     Pg. 2 of 6
961840-08430920-0154-4c11-ad92-e3e1d270b4f1-

# UNITED STATES BANKRUPTCY COURT

Western District of Washington (Seattle)

Chapter 13 No. 11-20512

In re:                                                    Judge: Timothy W Dore

Julian Flores

                              Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on or before June 29, 2016, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

By U.S. Postal Service First Class Mail Postage Prepaid:

Debtor:                     Julian Flores
                            30845 10th Ave SW
                            Federal Way, WA 98023

Debtor's Attorney:          Jonathan S Smith
                            Advantage Legal Group
                            12207 NE 8th St
                            Bellevue, WA 98005

Trustee:                    K Michael Fitzgerald
                            600 University St ;2200
                            Seattle, WA 98101

                                              /s/ Bruce Bertrand
                                              _____
                                              4 S Technologies, LLC
                                              (as authorized agent for Wells Fargo Bank, N.A./Wells Fargo Home
                                              Mortgage)



**Wells Fargo Home Mortgage**
PO Box 14547
Des Moines, IA 50306-4547

**For informational purposes**

**Escrow account disclosure statement
and notice of new mortgage payment**

| | |
|---|---|
| Loan number: | ██████████ |
| Next payment due date: | June 15, 2015 |
| New payment effective date: | August 15, 2016 |
| New payment amount: | $1,957.89 |
| Shortage amount: | **$2,340.41** |
| Principal balance: | $248,666.83 |
| Interest rate: | 3.880% |
| Statement date: | June 09, 2016 |
| Account review period: | **Feb 2016 – Jul 2016** |
| Customer service: | 1-800-340-0473 |
| Customer service hours: | Mon - Fri 7 a.m. - 8 p.m CT. |

**We accept telecommunications relay service calls.**

**Property address:**
30845 10TH AVE SW
FEDERAL WAY WA 98023-4501

JULIAN FLORES
30845 10TH AVE SW
FEDERAL WAY WA 98023-4501

Dear JULIAN FLORES:

Each year, we review your escrow account to make sure the escrow portion of your scheduled mortgage payment covers your property taxes and/or insurance premiums. Increases or decreases in your annual taxes and/or insurance premiums may cause your mortgage payment amount to change. Here are the details of your most recent escrow account review.

Note: This notice is for informational purposes only and is being provided as a courtesy should you voluntarily decide to make any escrow shortage payment, if applicable. This notice should not be construed as an attempt to collect a debt or a demand for payment contrary to any protection you may have received pursuant to your bankruptcy case.

### New escrow and mortgage payment amount

| New payment effective date August 15, 2016[1] | Current payment ($) | New payment ($) | |
|---|---|---|---|
| | | Option 1 | Option 2 |
| Principal and/or interest | 1,465.48 | 1,395.52 | 1,395.52 |
| Escrow payment | 334.59 | 367.34 | 367.34 |
| Escrow shortage/prepayment[2] | 0.00 | 0.00 | 195.03 |
| **Total payment amount** | **1,800.07** | **1,762.86** | **1,957.89** |

*1. If you use one of our automatic payment options, we will adjust your electronic withdrawal(s) to ensure your August 15, 2016 payment is made in full.*

*2. If your current payment includes an amount to cover a previous escrow shortage, this amount will be added. If your current payment includes an adjustment for extra funds you deposited to your escrow account, this amount will be deducted.*

The escrow disclosure indicates a shortage of $2,340.41. We have spread this amount over the next 12 months and included it in the new payment amount. However, any voluntary decision to pay the shortage in full will reduce the payment to $1,762.86. If you voluntarily choose to pay this shortage in full now, please detach this coupon and mail it along with the check to the address that appears on this statement.

**You may use either of the following options to restore your required account balance**

| Option 1: Pay the entire shortage now | Option 2: Pay the shortage over 12 months **No action required** unless you use a bill pay or 3rd party payment service to pay your mortgage |
|---|---|
| Pay the entire escrow shortage amount of <u>$2,340.41</u> using the shortage payment coupon and your new mortgage payment will be <u>$1,762.86</u> | Pay the escrow account shortage of <u>$2,340.41</u> in 12 payments of <u>$195.03</u> which we've included in your new payment amount of <u>$1,957.89</u>. |

**Attention bill pay and 3rd party payment service customers**: Notify your service of the change to your mortgage payment.

---

**Shortage payment coupon for loan number:** ██████████

*Note: Due to changes in your taxes and insurance, your mortgage payment may increase even if you voluntarily decide to pay your shortage in full.*

JULIAN FLORES

Wells Fargo Home Mortgage
PO Box 51120
Los Angeles, CA 90051-5420

Your escrow account review indicates a shortage of **$2,340.41**. For your convenience, we have spread this amount over **12** months and included it in your new scheduled payment. However, you may choose to pay it in full and your mortgage payment will be **$1,762.86**.

If you choose to pay this shortage in full now, please detach this coupon and mail it along with your check to the address that appears on this coupon. Wells Fargo Bank, N. A. may clear your check electronically. Receipt of your check will authorize us to process your payment as an electronic debit to the account on which the check was written.

*Please do not include this remittance with your mortgage payment.*

**Escrow shortage payment: $2,340.41**
**New mortgage payment if shortage is paid: $1,762.86**

708 ██████████ 8 10 02 00180007 00176286 00414048 00234041 4

For informational purposes          Loan number: ███████

**The following information covers  your projected escrow account activity from Aug 2016 to Jul 2017**

**Projected escrow account disbursements**
**Annualized items to be paid from your escrow account ($):**

| | |
|---|---|
| COUNTY TAX | 2,952.06 |
| HAZARD INS | 1,456.00 |
| Total disbursements | 4,408.06 |
| **Scheduled escrow payment** | **367.34**[1] |

*1. Your escrow payment is calculated by dividing the total disbursements by 12.*

**Projected escrow account activity for the next 12 months**

| | Anticipated payments ($) | | | Escrow balance ($) | |
|---|---|---|---|---|---|
| Date | To escrow | From escrow | Description | Projected | Required |
| Aug 2016 | | | Starting balance | -877.74 | 1,462.67 |
| Aug 2016 | 367.34 | 0.00 | | -510.40 | 1,830.01 |
| Sep 2016 | 367.34 | 0.00 | | -143.06 | 2,197.35 |
| Oct 2016 | 367.34 | 1,476.03 | KING COUNTY | -1,251.75 | 1,088.66 |
| Nov 2016 | 367.34 | 1,456.00 | AMERICAN SECURITY GROUP | -2,340.41[2] | 0.00[3] |
| Dec 2016 | 367.34 | 0.00 | | -1,973.07 | 367.34 |
| Jan 2017 | 367.34 | 0.00 | | -1,605.73 | 734.68 |
| Feb 2017 | 367.34 | 0.00 | | -1,238.39 | 1,102.02 |
| Mar 2017 | 367.34 | 0.00 | | -871.05 | 1,469.36 |
| Apr 2017 | 367.34 | 1,476.03 | KING COUNTY | -1,979.74 | 360.67 |
| May 2017 | 367.34 | 0.00 | | -1,612.40 | 728.01 |
| Jun 2017 | 367.34 | 0.00 | | -1,245.06 | 1,095.35 |
| Jul 2017 | 367.34 | 0.00 | | -877.72 | 1,462.69 |
| **Total** | **4,408.08** | **4,408.06** | | | |

These calculations indicate the projected escrow balance will be less than the required escrow balance. The resulting shortage is $2,340.41. If you choose to pay the shortage in full, the new payment will be $1,762.86.

The projected escrow account activity is based on the most recent tax and/or insurance information available as well as the assumption that your payments will be received as agreed.

*2. **Projected low point**. The point during the annual period at which the projected escrow balance will reach its lowest point.*

*3. **Required escrow balance**. To cover unanticipated disbursements, including increases to tax or insurance payments, there is a minimum escrow balance allowable by state law and/or your mortgage contract. This amount does not include mortgage insurance.*

- *Your minimum escrow balance is **$0.00***
- *State law requires that this minimum escrow balance not exceed **$0.00***
- *Note: If you have an adjustable rate mortgage (ARM), you will receive a notice about your new mortgage payment when your ARM rate is scheduled to change.*

**Information about your escrow account shortage**

| | |
|---|---|
| Your lowest projected escrow account balance (low point) ($) | 2,340.41- |
| Less your required minimum escrow account balance ($) | 0.00 |
| **This means your escrow account has a shortage of ($)** | **2,340.41** |

**For informational purposes**    Loan number: ████████

**The following information covers your escrow account history activity from Feb 2016 to Jul 2016**

| Date | Payments to escrow ($) Projected | Actual | Payments from escrow ($) Projected | Actual | Description | Escrow balance ($) Projected | Actual |
|---|---|---|---|---|---|---|---|
| Feb 2016 | | | | | Starting balance | 684.79 | 4,589.23- |
| Feb 2016 | 228.25 | 334.59[1] | 0.00 | 0.00 | | 913.04 | 4,254.64- |
| Mar 2016 | 228.25 | 334.59[1] | 0.00 | 0.00 | | 1,141.29 | 3,920.05- |
| Apr 2016 | 228.25 | 334.59[1] | 1,369.52 | 1,476.03[1] | KING COUNTY | 0.02 | 5,061.49- |
| May 2016 | 228.25 | 334.59[1] | 0.00 | 0.00 | | 228.27 | 4,726.90- |
| Jun 2016 est. | 228.25 | 3,620.91[1] | 0.00 | 0.00 | | 456.52 | 1,105.99- |
| Jul 2016 est. | 228.25 | 228.25 | 0.00 | 0.00 | | 684.77 | 877.74- |
| **Totals** | **1,369.50** | **5,187.52** | **1,369.52** | **1,476.03** | | | |

*1. Indicates where a difference exists between the projected and actual account activity.*

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A.
© 2012 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801



**Act now - purchase your own insurance policy**

Our records show that you have an insurance policy that we obtained for you to cover your home's structure. Please understand that this policy only covers structure/improvements, but does not cover liability or your personal property. For this reason, consider purchasing your own policy - it may lower your costs and give you the option for more coverage.

If you sent us proof that you've already purchased your own policy, please disregard this message.

If you have questions or are having trouble paying for your own policy, call us at the number on the first page of this statement.