|   | Judge: Timothy W. Dore |
|---|---|
|   | Chapter: 13 |
|   | Hearing Date: May 17, 2017 |
|   | Hearing Time: 9:30 am |
|   | Hearing Location: U.S. Bankruptcy Court |
|   | 700 Stewart St #8106 |
|   | Seattle,WA 98101 |
|   | Response Date: May 10, 2017 |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:

JULIAN FLORES,
30845 10th Ave SW
Federal Way, WA 98023-4501

Debtor.

IN CHAPTER 13 PROCEEDING
NO. 11-20512

NOTICE OF TRUSTEE'S MOTION TO DISMISS CASE AND HEARING

PLEASE TAKE NOTICE that the Trustee's Motion to Dismiss Case IS SET FOR HEARING as follow:

Judge: Timothy W. Dore
Location: U.S. Bankruptcy Court
700 Stewart St #8106
Seattle,WA 98101

Date: May 17, 2017
Time: 9:30 am

IF YOU OPPOSE this motion, you must file your written response with the Court Clerk NOT LATER THAN THE RESPONSE DATE, which is May 10, 2017.

IF NO RESPONSE IS TIMELY FILED, the Court may, in its discretion, GRANT THE MOTION PRIOR TO THE HEARING WITHOUT FURTHER NOTICE, and strike the hearing.

Dated: April 17, 2017

*/s/K. Michael Fitzgerald*
K. Michael Fitzgerald
Chapter 13 Trustee
WSBA# 8115

CM094  NOTICE OF TRUSTEE'S MOTION TO DISMISS CASE AND HEARING

Chapter 13 Bankruptcy Trustee
600 University St. #2200
Seattle,WA 98101
(206) 624-5124 Fax: (206) 624-5282
www.seattlech13.com

Case 11-20512-TWD    Doc 80    Filed 04/17/17    Ent. 04/17/17 10:32:28    Pg. 1 of 3

Judge: Timothy W. Dore
Chapter: 13
Hearing Date: May 17, 2017
Hearing Time: 9:30 am
Hearing Location: U.S. Bankruptcy Court
700 Stewart St #8106
Seattle, WA 98101
Response Date: May 10, 2017

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:

JULIAN FLORES,

Debtor.

IN CHAPTER 13 PROCEEDING
NO. 11-20512

TRUSTEE'S MOTION TO DISMISS CASE

The Trustee moves to dismiss this case pursuant to 11 U.S.C. § 1307(c):

The plan exceeds 60 months and is not yet completed.

THE TRUSTEE REQUESTS that the Court dismiss this case.

Dated: April 17, 2017

/s/ K. Michael Fitzgerald
K. Michael Fitzgerald
Chapter 13 Trustee
WSBA #8115

Chapter 13 Bankruptcy Trustee
600 University St. #2200
Seattle, WA 98101
(206) 624-5124 Fax:(206) 624-5282
www.seattlech13.com

TRUSTEE'S MOTION TO DISMISS CASE

Dated:

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In Re: | IN CHAPTER 13 PROCEEDING NO. 11-20512 |
|---|---|
| JULIAN FLORES, | Proposed ORDER DISMISSING CASE |
| Debtor. | |

THIS MATTER having come before the Court on the Chapter 13 Trustee's Motion to Dismiss Case, and the Court having reviewed and considered the motion, records and files in this case, it is

ORDERED that this case is dismissed.

/ / /End of Order/ / /

Presented by:

*/s/K. Michael Fitzgerald*
K. Michael Fitzgerald, WSBA# 8115
Chapter 13 Bankruptcy Trustee
600 University St. #2200
Seattle,WA 98101
(206) 624-5124

CM095  ORDER DISMISSING CASE