Entered on Docket April 18, 2017

**Below is the Order of the Court.**



_____
**Timothy W. Dore**
**U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

_____

| | |
|---|---|
| **RCO LEGAL, P.S.**<br>13555 SE 36TH ST., SUITE 300<br>BELLEVUE, WA 98006<br>TELEPHONE (425) 458-2121<br>FACSIMILE (425) 458-2131 | Honorable Judge Timothy W Dore<br>Chapter 13<br>Hearing Location: Seattle<br>Hearing Date: April 19, 2017<br>Hearing Time: 9:30 am<br>Response Date: April 12, 2017 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

IN RE:

JULIAN FLORES AKA JULIAN FLORES SANCHEZ

Debtor.

**CHAPTER 13 BANKRUPTCY**

**NO.: 11-20512-TWD**

**ORDER GRANTING RELIEF FROM STAY AND CO-DEBTOR STAY TO ALLY FINANCIAL, INC.**

This matter came before the Court upon Ally Financial, Inc. motion for relief from stay and Co-Debtor Stay. The Court considered the motion and any opposition thereto and the matters on record. It appears for the reasons stated in the motion that the stay should be lifted as to the 2008 Chevrolet Express CA VIN#: 1GCGG29C581180889 ("Vehicle").

IT IS THEREFORE ORDERED that pursuant to 11 U.S.C. §§ 362(d), the automatic stay and any co-debtor stay is terminated as to Ally Financial, Inc., its successors and assigns, so that it may

Page - 1

**RCO LEGAL, P.S.**
13555 SE 36th St., Suite 300
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ♦ FACSIMILE (425) 458-2131

Case 11-20512-TWD    Doc 85    Filed 04/18/17    Ent. 04/18/17 12:37:53    Pg. 1 of 2

pursue its state remedies to enforce its security interest in the Vehicle and/or as to enforcement of the Retail Installment Contract that is the subject of Ally Financial, Inc.'s motion.

IT IS FURTHER ORDERED that the order shall be effective immediately notwithstanding the provisions of F.R.B.P 4001(a)(3) and that the order shall be effective as to any chapter under which the present case may be converted absent further order of this court.

/ / / End of Order / / /

Presented By:

  /s/ James K. Miersma
James K. Miersma, WSBA# 22062
Attorney for Creditor

Order Granting Relief From Stay
Page - 2

R CO L EGAL , P.S.
13555 SE 36th St., Suite 300
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ◆ FACSIMILE (425) 458-2131

Case 11-20512-TWD    Doc 85    Filed 04/18/17    Ent. 04/18/17 12:37:53    Pg. 2 of 2