Judge: Timothy W. Dore
Chapter: 13
Hearing Date: December 06, 2017
Hearing Time: 9:30 am
Hearing Location: U.S. Bankruptcy Court
700 Stewart St #8106
Seattle,WA 98101
Response Date: November 29, 2017

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In Re:<br>JULIAN FLORES,<br>30845 10th Ave SW<br>Federal Way, WA 98023-4501<br>　　　　　　　　　　Debtor. | IN CHAPTER 13 PROCEEDING<br>NO. 11-20512<br><br>NOTICE OF TRUSTEE'S MOTION TO<br>DISMISS CASE AND HEARING |

PLEASE TAKE NOTICE that the Trustee's Motion to Dismiss Case IS SET FOR HEARING as follow:

Judge: Timothy W. Dore  
Location: U.S. Bankruptcy Court  
700 Stewart St #8106  
Seattle,WA 98101

Date: December 06, 2017  
Time: 9:30 am

IF YOU OPPOSE this motion, you must file your written response with the Court Clerk NOT LATER THAN THE RESPONSE DATE, which is November 29, 2017.

IF NO RESPONSE IS TIMELY FILED, the Court may, in its discretion, GRANT THE MOTION PRIOR TO THE HEARING WITHOUT FURTHER NOTICE, and strike the hearing.

Dated: September 18, 2017

　　　　　　　　　　　　　　　　　　　　　*/s/K. Michael Fitzgerald*  
　　　　　　　　　　　　　　　　　　　　　K. Michael Fitzgerald  
　　　　　　　　　　　　　　　　　　　　　Chapter 13 Trustee  
　　　　　　　　　　　　　　　　　　　　　WSBA# 8115

Chapter 13 Bankruptcy Trustee
600 University St. #2200
Seattle,WA 98101
(206) 624-5124 Fax: (206) 624-5282
www.seattlech13.com

CM094　NOTICE OF TRUSTEE'S MOTION TO DISMISS CASE AND HEARING
Case 11-20512-TWD    Doc 93    Filed 09/18/17    Ent. 09/18/17 14:56:58    Pg. 1 of 3

Judge: Timothy W. Dore
Chapter: 13
Hearing Date: December 06, 2017
Hearing Time: 9:30 am
Hearing Location: U.S. Bankruptcy Court
700 Stewart St #8106
Seattle, WA 98101
Response Date: November 29, 2017

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In Re: | IN CHAPTER 13 PROCEEDING |
|---|---|
| JULIAN FLORES, | NO. 11-20512 |
| Debtor. | TRUSTEE'S MOTION TO DISMISS CASE |

The Trustee moves to dismiss this case pursuant to 11 U.S.C. § 1307(c):

The plan exceeds 60 months and is not yet completed.

THE TRUSTEE REQUESTS that the Court dismiss this case.

Dated: September 18, 2017

/s/ K. Michael Fitzgerald
K. Michael Fitzgerald
Chapter 13 Trustee
WSBA #8115

Chapter 13 Bankruptcy Trustee
600 University St. #2200
Seattle, WA 98101
(206) 624-5124 Fax:(206) 624-5282
www.seattlech13.com

TRUSTEE'S MOTION TO DISMISS CASE

Dated:

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In Re:<br><br>JULIAN FLORES,<br><br>   Debtor. | IN CHAPTER 13 PROCEEDING<br>NO. 11-20512<br><br>Proposed<br>ORDER DISMISSING CASE |
|---|---|

THIS MATTER having come before the Court on the Chapter 13 Trustee's Motion to Dismiss Case, and the Court having reviewed and considered the motion, records and files in this case, it is

ORDERED that this case is dismissed.

///End of Order///

Presented by:

*/s/K. Michael Fitzgerald*
K. Michael Fitzgerald, WSBA# 8115
Chapter 13 Bankruptcy Trustee
600 University St. #2200
Seattle, WA 98101
(206) 624-5124

CM095   ORDER DISMISSING CASE