**Below is the Order of the Court.**

_____
**Timothy W. Dore
U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In Re: | IN CHAPTER 13 PROCEEDING NO. 11-20512 |
|---|---|
| JULIAN FLORES, | |
| | ORDER DISMISSING CASE |
| Debtor. | |

THIS MATTER having come before the Court on the Chapter 13 Trustee's Motion to Dismiss Case, and the Court having reviewed and considered the motion, records and files in this case, it is

ORDERED that this case is dismissed.

///End of Order///

Presented by:

*/s/K. Michael Fitzgerald*
K. Michael Fitzgerald, WSBA# 8115
Chapter 13 Bankruptcy Trustee
600 University St. #2200
Seattle, WA 98101
(206) 624-5124