1
2
3
4          UNITED STATES BANKRUPTCY COURT

5          WESTERN DISTRICT OF WASHINGTON

6
7    In re:                                      Case No. All Pending Case Numbers

8    All Pending Cases,                          NOTICE OF WITHDRAWAL AND
                                                 SUBSTITUTION OF COUNSEL
9                        Debtor(s)

10

11        PLEASE TAKE NOTICE that Jonathan Smith, of Advantage Legal Group, 12207 NE 8th

12   Street, Bellevue, WA 98005, hereby withdraws as counsel for the Debtor(s), and Amy Wilburn

13   of Advantage Legal Group, 12207 NE 8th Street, Bellevue, WA 98005, is substituted as counsel

14   for the Debtor(s).

15

16        Pursuant to this notice, please send all future notices to Amy Wilburn of Advantage

17   Legal Group.

18        DATED this 8th day of February, 2018.

19

20

21   _____         _____
     Amy Wilburn, WSBA #49583        Jonathan Smith, WSBA #27372
22   Advantage Legal Group
     12207 NE 8th Street
23   Bellevue, WA 98005
     Tel: (425) 452-9797
24   Fax: (425) 440-7681
25   Email: amy@advantagelegalgroup.com

26


NOTICE OF WITHDRAWAL AND                 ADVANTAGE LEGAL GROUP
SUBSTITUTION OF COUNSEL- 1               12207 NE 8TH STREET
                                         BELLEVUE, WA 98005
                                         425-452-9797